**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-1638 CAS |
| ) | |
| ELAINE E. AGEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the Court file, the Court notes that defendant Elaine E. Agee has failed to enter an appearance and answer or otherwise respond to plaintiff's complaint. The filing of the return of proof of service upon defendant Agee, which was filed on February 19, 2009, states that defendant Agee was served on February 10, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file a motion for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and, if appropriate, a motion for default judgment under Rule 55(b), supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

**Failure to comply with this order may result in dismissal of this action without prejudice.**

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __1st__ day of April, 2009.